STEVEN D. WERTH, State Bar No. 121153
swerth@aghwlaw.com
HANNIBAL P. ODISHO, State Bar No. 266415
hodisho@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:       (415) 813-2045

Attorneys for Defendants
GOODWILL INDUSTRIES OF THE GREATER EAST
BAY, INC. and CALIDAD INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GOODWILL INDUSTRIES OF THE GREATER EAST BAY, INC., CALIDAD INDUSTRIES, INC.,<br><br>Defendants. | Case No. 4:16-cv-07093-YGR<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>**DEFENDANT GOODWILL INDUSTRIES OF THE GREATER EAST BAY, INC. AND CALIDAD INDUSTRIES, INC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned, counsel for Defendants Goodwill Industries of the Greater East Bay, Inc. and Calidad Industries, Inc., hereby certifies that it is unaware of any persons, associations of persons,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

firms, partnerships, corporations (including parent corporations) or other entities that may (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated:  March 13, 2017

Respectfully submitted,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Hannibal P. Odisho*
  STEVEN D. WERTH
  HANNIBAL P. ODISHO
  Attorneys for Defendant
  GOODWILL INDUSTRIES OF THE
  GREATER EAST BAY, INC. and CALIDAD
  INDUSTRIES, INC.