**ROBERTA L. STEELE, SBN 188198 (CA)**
**JOHN F. STANLEY, SBN 15418 (WA)**
**LINDA S. ORDONIO DIXON, SBN 172830 (CA)**
**SIRITHON THANASOMBAT, SBN 270201 (CA)**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
450 Golden Gate Avenue, 5th Floor West
P.O. Box 36025
San Francisco, CA  94102-3661
Telephone No. (415) 522-3070
Fax No. (415) 522-3425
Linda.Ordonio-Dixon@eeoc.gov

*Attorneys for Plaintiff*

**STEVEN WERTH, SBN 121153**
**HANNIBAL P. ODISHO, SBN 266415**
Allen, Glaessner, Hazelwood & Werth
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone No. (415) 697-2000
Fax No. (415) 813-2045
Email: swerth@aghwlaw.com
hodisho@aghawlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GOODWILL INDUSTRIES OF THE GREATER EAST BAY, INC., CALIDAD INDUSTRIES, INC.,<br><br>Defendants. | Case No.: 4:16-CV-07093-YGR<br><br>**JOINT STATUS REPORT AND STIPULATED REQUEST TO VACATE COMPLIANCE HEARING SET FOR MAY 19, 2017; [PROPOSED] ORDER** |

/ / /

/ / /

|   |   |
|---|---|
| 1 | Plaintiff Equal Employment Opportunity Commission and Defendants Goodwill Industries of the Greater East Bay, Inc. and Calidad Industries Inc. hereby provide the following status report in accordance with the Court's Order dated April 17, 2017.  [See, Docket No. 22.] |

Plaintiff Equal Employment Opportunity Commission and Defendants Goodwill Industries of the Greater East Bay, Inc. and Calidad Industries Inc. hereby provide the following status report in accordance with the Court's Order dated April 17, 2017.  [See, Docket No. 22.]

The parties have engaged mediator Cathy Yanni of JAMS for a mediation that will take place on Tuesday, June 27, 2017.

No matters require the Court's review at this time.  Accordingly, the parties respectfully request that the Compliance Hearing on May 19, 2017 be vacated.

Dated:  April 25, 2017

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

//s// Linda S. Ordonio Dixon  _____
LINDA S. ORDONIO DIXON
Attorneys for Plaintiff

Dated:  April 25, 2017

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

//s// Steven D. Werth  _____
STEVEN D. WERTH
HANNIBAL P. ODISHO
Attorneys for Defendants

**IT IS SO ORDERED.**

_____

**Hon. Judge YVONNE GONZALEZ ROGERS**