# ALLEN, GLAESSNER, HAZELWOOD &WERTH, LLP    ATTORNEYS

180 Montgomery Street, Suite 1200  
San Francisco, California 94104

Telephone (415) 697-2000  
Facsimile (415) 813-2045  
E-Mail: swerth@aghwlaw.com

March 9, 2018

**VIA ECF**

Honorable Yvonne Gonzalez Rogers  
United States District Court, Northern District of California  
Oakland Courthouse, Courtroom 1 – 4th Floor  
1301 Clay Street  
Oakland, CA 94612

Re:  **EEOC v. Goodwill Industries of the Greater East Bay, Inc., et al.**  
     **Case No. 4:16-cv-07093 YGR**

Dear Judge Gonzalez Rogers:

  This is to advise that trial counsel for Defendants Goodwill Industries of the Greater East Bay, Inc. and Calidad Industries, Inc. and Plaintiff Equal Employment Opportunity Commission met and conferred on March 6 for several hours, covering the topics that must be addressed in the Joint Pretrial Statement, as well as the Court's Standing Order Re: Pretrial Instructions in Civil Cases. The Parties also discussed various administrative motions each Party plans to file. We plan to exchange materials today and again next week, and then meet again in approximately a week.

  The Parties request the Court's guidance on whether it would like trial briefs submitted; and if so, whether they should be filed along with the Joint Pretrial Conference Statement, due on March 23. Other than guidance on this matter, this letter serves as a joint request that the Court vacate the March 16 compliance hearing.

  Thank you for your consideration of this request.

           Very truly yours,

           ALLEN, GLAESSNER,  
           HAZELWOOD & WERTH, LLP

           */s/ Steven D. Werth*

           Steven D. Werth

cc: Linda Ordonio-Dixon  
   Siri Thanasombat

221638.1